JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RACHEL G., | ) | CASE NO. CV 20-10915-AGR |
|           Plaintiff, | ) | |
|   vs. | ) | JUDGMENT |
| KILOLO KIJAKAZI, Acting, Commissioner of Social Security, | ) | |
|           Defendant. | ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed and remanded for further proceedings consistent with the Memorandum Opinion and Order.

DATED: January 31, 2022

_____
ALICIA G. ROSENBERG
United States Magistrate Judge