Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 308
Encino, CA 91316
TEL:  (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Rachel Giron

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL GIRON, ) | |
|      Plaintiff, ) | Case No.:  2:20-cv-10915-AGR |
| ) | |
|    vs. ) | [PROPOSED] ORDER FOR AWARD |
| ) | OF EAJA FEES |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
|      Defendant. ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **FOUR THOUSAND FOUR HUNDRED DOLLARS** ($ 4,400.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:  March 2, 2022

_____
HON. ALICIA G. ROSENBERG
United States Magistrate Judge